UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re: BP p.l.c. Securities Litigation* | MDL No. 4:10-md-2185 |
| **This document relates to:** | |
| *PEAK 6 Capital Management LLC v. BP p.l.c.* | No. 4:15-cv-0865 |
| *BPLR, LLC v. BP p.l.c.* | No. 4:15-cv-1059 |
| *BP Litigation Recovery I, LLC v. BP p.l.c.* | No. 4:15-cv-1061 |
| | Honorable Keith P. Ellison<br>JURY TRIAL DEMANDED |

## NOTICE OF SETTING

The parties are hereby notified that a motion hearing is now set on BP's Motion to Dismiss Plaintiffs' Complaints for the following date and time.

**November 10, 2015 at 2:00 p.m.**

United States District Court
Courtroom 3A
515 Rusk
Houston, TX 77002

All parties may appear by telephone by calling in on the Court's dial-in number, **(713) 250-5238,** at the designated time.

October 1, 2015                     David Bradley
                                    UNITED STATES DISTRICT CLERK


                                    By:     Stephanie Loewe
                                            Case Manager