United States District Court
Southern District of Texas

**ENTERED**

February 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| ------------------------------------------------- | |
| This document relates to: | |
| *PEAK6 Capital Management LLC et al. v. BP p.l.c. et al.* | No. 4:15-cv-00865 |
| *BP Litigation Recovery I, L.L.C.* v. *BP p.l.c. et al.* | No. 4:15-cv-01061 |
| *BPLR, L.L.C.* v. *BP p.l.c. et al.* | No. 4:15-cv-01059 |
| | Honorable Keith P. Ellison |
| | JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

WHEREAS, a Complaint was filed in the matter *PEAK6 Capital Management*

*LLC et al. v. BP p.l.c. et al.*, No. 4:15-cv-00865 (the "*PEAK6* Action"), on April 2, 2015,

alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15

U.S.C. §§ 78r and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5,

against Defendants BP p.l.c., BP America, Inc., BP Exploration & Production Inc., Anthony B.

Hayward and Douglas J. Suttles;

WHEREAS, a Complaint was filed in each of the matters *BP Litigation Recovery*

*I, L.L.C. v. BP p.l.c. et al.*, No. 4:15-cv-01061 (the "*BP Litigation Recovery I* Action"), and

*BPLR, L.L.C. v. BP p.l.c. et al.*, No. 4:15-cv-01059 (the "*BPLR* Action"), on April 23, 2015,

alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15

U.S.C. §§ 78r and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5,

against Defendants BP p.l.c., BP America, Inc., BP Exploration & Production Inc., Anthony B.

Hayward and Douglas J. Suttles;

WHEREAS, on July 31, 2015, Defendants moved to dismiss (i) the Complaints in the *BP Litigation Recovery I* Action and the *BPLR* Action in their entirety pursuant to Rule 12(b)(1) for lack of standing, and (ii) all claims against BP Exploration & Production Inc. and the Section 20(a) claims against Douglas J. Suttles in the *PEAK6* Action, the *BP Litigation Recovery I* Action and the *BPLR* Action ("Defendants' Motions to Dismiss");

WHEREAS, on November 23, 2015, this Court heard oral argument on Defendants' Motions to Dismiss;

WHEREAS, during oral argument on November 23, 2015, this Court dismissed without prejudice Plaintiffs' claims against BP Exploration and Production, Inc. and granted Plaintiffs' leave to amend those claims within fifteen days, but reserved decision on the other arguments raised by Defendants in the Motions to Dismiss;

WHEREAS, on December 8, 2015, Plaintiffs filed amended complaints in each of the above-captioned actions (the "First Amended Complaints") in accordance with the Court's grant of leave to amend their claims against BP Exploration and Production, Inc.

WHEREAS, on January 4, 2016, the Court issued a Memorandum and Order dismissing without prejudice the April 23, 2015 Complaints in the *BP Litigation Recovery I* Action and the *BPLR* Action for lack of standing, and dismissing without prejudice all claims against BP Exploration and Production, Inc. and the Section 20(a) claim against Douglas Suttles in the April 2, 2015 Complaint in the *PEAK6* Action, and granting Plaintiffs leave to replead;

WHEREAS, on January 19, 2016, Plaintiffs filed Second Amended Complaints in the *BP Litigation Recovery I* and *BPLR* actions (the "Second Amended Complaints") to address the standing issue,

WHEREAS on January 19, 2016, Plaintiffs sent a letter to the Court explaining how their First Amended Complaints already addressed the dismissal of all claims against BP Exploration and Production, Inc. and the Section 20(a) claims against Douglas Suttles;

WHEREAS, on January 26, 2016, the Court entered a Stipulation and Order granting Defendants until March 4, 2016, to answer, move to dismiss or otherwise respond to the First Amended Complaint in the *PEAK6* Action and the Second Amended Complaints in the *BP Litigation Recovery I* and *BPLR* Actions;

WHEREAS, Defendants have indicated that they intend to move to dismiss the Section 20(a) claim against Douglas Suttles based on their belief that Suttles cannot be held liable under Section 20(a) for statements that he himself made. *See Southland Securities Corp. v. INSpire Insurance Solutions, Inc.*, 365 F.3d 353, 384 (5th Cir. 2004);

WHEREAS, in the interests of efficiency and judicial economy, Plaintiffs have agreed to the dismissal of their Section 20(a) claim against Douglas Suttles while expressly preserving and not waiving any rights they have to appeal the dismissal of such claim;

WHEREAS, the parties have conferred about the schedule for Defendants to answer the First Amended Complaint in the *PEAK6* Action and the Second Amended Complaints in the *BP Litigation Recovery I* Action and *BPLR* Action;

THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned parties that:

1.    The Second Cause of Action for violation of Section 20(a) of the Exchange Act in the First Amended Complaint in the *PEAK6* Action and in the Second Amended Complaints in the *BP Litigation Recovery I* and *BPLR* Actions is dismissed as to Defendant Douglas J. Suttles only;

2.    Plaintiffs expressly preserve and do not waive any right to appeal the

dismissal of such claim against Defendant Douglas J. Suttles;

3.    Defendants shall have until April 4, 2016, in which to file their answer to

the First Amended Complaint in the *PEAK6* Action and the Second Amended Complaints in the

*BP Litigation Recovery I* and *BPLR* Actions.

Dated:  February 17, 2016

STIPULATED AND AGREED:

/s/Stewart H. Thomas
Stewart H. Thomas
Attorney-in-Charge
State Bar No:  19868950
Southern District of Texas Bar No:  13108
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas  75202
Telephone:  214.922.4114
Facsimile:  214.922.4142
E-mail:  sthomas@hallettperrin.com

Tom M. Dees, III
State Bar No.:  24034412
Southern District of Texas Bar No. 36606
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas  75202
Telephone:  214.922.4146
Facsimile:  214.922.4142
E-mail:  tdees@hallettperrin.com

Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Thomas E. Redburn, Jr. (*pro hac vice*)
Sheila A. Sadighi (*pro hac vice*)
Michael J. Hampson (*pro hac vice*)
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY  10020

*Attorneys for Plaintiffs PEAK6 Capital
Management LLC, Discovery Global Citizens
Master Fund, Ltd., Discovery Global Focus
Master Fund, Ltd., Discovery Global
Opportunity Master Fund, Ltd., BPLR, L.L.C.,
and BP Litigation Recovery I, L.L.C.*

Telephone:  212.262.6700
Facsimile:  212.262.7402

/s/Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas  77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for
Defendants*

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
Patrick J. Somers (pro hac vice)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendant
Douglas Suttles*

-5-

IT IS SO ORDERED.

Signed:  February ___ 2016

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE