UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* <br> ------------------------------------------------------- <br> This document relates to: <br><br> *Huff Energy Offshore Ltd. et al.* v. *BP p.l.c. et al.* | No. 4:10-md-02185 <br><br><br> No. 4:15-cv-01059 <br><br> Honorable Keith P. Ellison |

**Stipulation and Order of Dismissal**

WHEREAS, on February 13, 2017, the Court entered an Order and Final Judgment approving a class action settlement (Dkt. No. 1512) ("Judgment");

WHEREAS, the Judgment expressly incorporated the Stipulation and Agreement of Settlement ("Stipulation") filed with the Court on September 22, 2016 (Dkt. No. 1399), including the definition of terms that are also used herein;

WHEREAS, upon the entry of the Judgment, "the Releasing Plaintiffs shall be deemed to have fully, finally and forever waived, released, discharged and dismissed each and every one of the Released Plaintiffs' Claims as against each and every one of the Released Defendants and shall be forever barred, enjoined and restrained from commencing, instituting, prosecuting or maintaining any of the Released Plaintiffs' Claims against any of the Released Defendants" (Judgment, § 8; *see* Stipulation, § 37 (defining "Effective Date");

WHEREAS, the Releasing Plaintiffs include all of the Plaintiffs in this action, who are also Settlement Class Members, as defined in the Stipulation;

WHEREAS, the Released Plaintiffs' Claims include all of the claims asserted in this action;

WHEREAS, the Released Defendants include all of the Defendants in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. This action is dismissed with prejudice.

Dated: April 4, 2017

STIPULATED AND AGREED:

| | |
|---|---|
| | /s/ Stewart H. Thomas |
| OF COUNSEL: | Stewart H. Thomas |
| Lawrence M. Rolnick (pro hac vice) | Attorney-in-charge |
| Marc B. Kramer (pro hac vice) | State Bar No. 19868950 |
| Thomas E. Redburn, Jr. (pro hac vice) | Southern District of Texas Bar No. 13108 |
| Shelia A. Sadighi (pro hac vice) | HALLETT & PERRIN, P.C. |
| Michael J. Hampson (pro hac vice) | 1445 Ross Avenue, Suite 2400 |
| LOWENSTEIN SANDLER LLP | Dallas, Texas 75202 |
| 1251 Avenue of the Americas | Tel: 214-922-4114 |
| New York, NY 10020 | Fax: 214-922-4142 |
| Tel: 212-262-6700 | Email: sthomas@hallettperrin.com |
| Fax: 212-262-7402 | |
| | Tom M. Dees, III |
| | State Bar No. 24034412 |
| | Southern District of Texas Bar No. 36606 |
| | HALLETT & PERRIN, P.C. |
| | 1445 Ross Avenue, Suite 2400 |
| | Dallas, Texas 75202 |
| | Tel: 214-922-4146 |
| | Fax: 214-922-4142 |
| | E-mail: tdees@hallettperrin.com |
| | |
| | *Attorneys for Plaintiffs* |
| | |
| | /s/ Thomas W. Taylor |
| OF COUNSEL: | Thomas W. Taylor |
| Daryl A. Libow (pro hac vice) | Texas State Bar No. 19723875 |
| SULLIVAN & CROMWELL LLP | S.D. Tex. Bar No. 3906 |
| 1701 New York Avenue, N.W. | ANDREWS KURTH KENYON LLP |
| Washington, D.C. 20006 | 600 Travis, Suite 4200 |
| Tel: (202) 956-7500 | Houston, Texas 77002 |
| | Tel: (713) 220-4200 |
| Richard C. Pepperman, II (pro hac vice) | Fax: (713) 220-4285 |
| Marc De Leeuw (pro hac vice) | |

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000 | ttaylor@andrewskurth.com<br><br>*Attorneys for Defendants* |

Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
Patrick J. Somers (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

*Attorneys for Douglas Suttles*

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this _____ day of _____, 2017.

                                                                                            _____
                                                                                            KEITH P. ELLISON
                                                                                            UNITED STATES DISTRICT JUDGE